# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2815

_____

Abdirashid Waberi,                          *
                                            *
            Petitioner,                     *
                                            *   Petition for Review of an
      v.                                    *   Order of the Immigration and
                                            *   Naturalization Service.
John D. Ashcroft, Attorney General          *
of the United States,                       *        [UNPUBLISHED]
                                            *
            Respondent.                     *

_____

Submitted:   May 19, 2003

Filed:   June 26, 2003

_____

Before WOLLMAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Somali citizen Abdirashid Waberi petitions for review of an order of the Board of Immigration Appeals, which affirmed an Immigration Judge's denial of Waberi's application for asylum and withholding of removal, and the denial of his motion to reopen for consideration of a claim under the Convention Against Torture. After careful review of the record, we deny the petition because the evidence does not compel reversal. See Navarijo-Barrios v. Ashcroft, 322 F.3d 561, 562 (8th Cir. 2003) (court is obligated to affirm unless asylum applicant shows that evidence not only supports reversal but compels it). In addition, we conclude Waberi's claims for

withholding of removal and relief under the Convention Against Torture fail. <u>See</u> 8 C.F.R. § 208.16(c)(2) (2002); <u>Francois v. INS</u>, 283 F.3d 926, 931 (8th Cir. 2002).

Accordingly, we deny the petition.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.